# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAVID L. WILLIAMS

NO. 2023 KW 1225

**JANUARY 29, 2024**

---

In Re:    David L. Williams, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 6-13-0241.

---

**BEFORE:    McCLENDON, HESTER, AND MILLER, JJ.**

    **WRIT DENIED AS MOOT.** The records of the East Baton Rouge Parish Clerk's Office reflect that the district court acted on relator's "Motion for Production of Verbatim Copies of Trial and Sentencing Transcripts."

                        **PMc**
                        **CHH**
                        **SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT